THE FEDERAL LAND BANK OF OMAHA, Appellant v. VETTER, et al, Respondents

(287 N. W. 636.)

(File No. 8292. Opinion filed October 3, 1939.)

*William Ochsner,* of Wessington Springs, and *Morgan & Whiting* and *H. T. Fuller,* all of Mitchell, for Appellant.

*Alden Cutler,* of Wessington Springs, for Respondents.

PER CURIAM. The above entitled cause is ruled by the opinion of this court in the case of Federal Farm Mortgage Corporation v. Noel et al, 66 S. D. 481, 285 N. W. 871.

The judgment and order of the trial court are reversed.

All the Judges concur.